UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNIE DENHAM,

    Plaintiff,

v.

ALBERT LORD, et al.,

    Defendants.
                                        /

Case No. 2:09-cv-12740

HONORABLE STEPHEN J. MURPHY, III

**ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION (docket no. 18), GRANTING MOTION BY DEFENDANT BOLHOUSE LAW TO DISMISS PLAINTIFF'S COMPLAINT, OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT (docket no. 3) AND GRANTING MOTION BY DEFENDANT ALBERT LORD TO DISMISS PLAINTIFF'S COMPLAINT (docket 6)**

This is an action stemming from the foreclosure and sheriff's sale of property at 35816 Concord Dr., Romulus, Michigan. Plaintiff Johnnie Denham is suing defendant Bolhouse, Vander Hulst, Risko, Baar & Lefere, P.C. ("Bolhouse Law"), defendant Albert Lord, Vice-Chairman and CEO of SLM Financial Corporation ("SLM"), and Warren C. Evans, Wayne County Sheriff.[1] Before the Court are the motion of defendant Bolhouse Law to dismiss the complaint, or in the alternative, for a more definite statement, filed on July 31, 2009 (docket no. 3), the motion by defendant Lord to dismiss the plaintiff's complaint, filed on August 4, 2009 (docket no. 6), and the Report and Recommendation of Magistrate Judge R. Steven Whalen, filed on February 28, 2010 (docket no. 18). The magistrate judge's report and recommendation recommended that both motions be granted and that all claims against defendants Bolhouse Law and Lord be dismissed with prejudice. The Magistrate Judge also notified the parties that any objections must be filed within

---

[1] Defendant Paul D. Borja was never served and was dismissed without prejudice by order of this Court dated February 5, 2010.

fourteen days of service. No party has filed objections to the reports and recommendations.

The Court's standard of review for a magistrate judge's report and recommendation depends upon whether a party files objections. If a party does not object to the report and recommendation, the Court does not need to conduct a review by any standard. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Because neither party filed timely objections to Magistrate Judge Whalen's reports and recommendations, *see* 28 U.S.C. § 636(B)(1)(c); Fed. R. Civ. P. 6(e), this Court need not and will not conduct a review.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Report and Recommendation of February 28, 2010 [docket entry 18] is **ACCEPTED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Defendant Bolhouse Law's Motion to Dismiss or, In the Alternative, For a More Definite Statement [docket entry 3] is **GRANTED**. All claims against Defendant Bolhouse, Vander Hulst, Risko, Baar & Lefere, P.C. are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that defendant Albert Lord's Motion to Dismiss Plaintiff's Complaint [docket entry 6] is **GRANTED**. All claims against Albert Lord are **DISMISSED WITH PREJUDICE**.

s/Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: March 19, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 19, 2010, by electronic and/or ordinary mail.

Alissa Greer  
Case Manager